THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONA LINTON, individually and as Guardian to Q.L., her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | Case No. 3:20-cv-06105-BHS<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS** |

Notice is hereby given that all claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties.

DATED: November 17, 2020

LANE POWELL PC


By  *s/ Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com

NOTICE OF SETTLEMENT OF ALL CLAIMS - 1
CASE NO. 3:20-CV-06105-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0418/8260172.1

LANDMAN CORSI BALLAINE & FORD, PC

By: *s/ Mark S. Landman*
Mark S. Landman, *Pro Hac Vice*
mlandman@lcbf.com
John A. Bonventre, *Pro Hac Vice*
jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

CLIFFORD LAW OFFICES

By *s/ Sean P. Driscoll*
 Sean P. Driscoll, *pro hac vice*
 spd@cliffordlaw.com
 Kristofer S. Riddle, *pro hac vice*
 ksr@cliffordlaw.com
 Kevin P. Durkin, *pro hac vice*
 kpd@cliffordlaw.com

LUVERA LAW FIRM

By: *s/ Andrew Hoyal*
Robert N. Gellatly, WSBA #15284
robert@luveralawfirm.com
David M. Beninger, WSBA #18432
david@luveralawfirm.com
Andrew Hoyal, WSBA #21349
andy@luveralawfirm.com

*Attorneys for Plaintiffs Dona Linton individually and as Guardian to Q.L.*

NOTICE OF SETTLEMENT OF ALL CLAIMS - 2
CASE NO. 3:20-CV-06105-BHS

019188.0418/8260172.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107